| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re:<br>**Louis Garcia**<br><br>Debtor(s). | CASE NO.: 8:25-bk-11268-SC<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  05/27/2025    Louis Garcia                            _____
                     Printed name of Debtor 1                  Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
　　　　　　　　　　　　Printed name of Debtor 2　　　　　　　　　　　　Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　　　　　Page 2　　　　　　　　　　　　**F 1002-1.EMP.INCOME.DEC**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KT / 6C8 27066455 | 01/ | 6693473 | 1 of 1 |

Exodus Aerospace Inc
4431 Corporate Center Dr
Ste 103
Los Alamitos, CA 90720-8511

## Earnings Statement

ADP

Period Starting: 03/23/2025
Period Ending: 04/05/2025
Pay Date: 04/11/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-1613

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Louis Garcia
6646 Yosemite Drive
Buena Park, CA 90620-4249

### Earnings

| | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2076.89 | 2076.89 |
| Gross Pay | | | $2,076.89 | $2,076.89 |

### Statutory Deductions

| | this period | year to date |
|---|---|---|
| Federal Income | -170.82 | 170.82 |
| Social Security | -128.77 | 128.77 |
| Medicare | -30.11 | 30.11 |
| California State Income | -62.83 | 62.83 |
| California State DI | -24.92 | 24.92 |

| Net Pay | | $1,659.44 | |

### Other Benefits and Information

| | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 1.54 | 1.54 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 1.54 |

### Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8705 | XXXXXXXXX | 1659.44 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,076.89

Exodus Aerospace Inc
4431 Corporate Center Dr
Ste 103
Los Alamitos, CA 90720-8511

Pay Date:    04/11/2025




Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8705 | XXXXXXXXX | 1659.44 |

THIS IS NOT A CHECK

Louis Garcia
6646 Yosemite Drive
Buena Park, CA 90620-4249

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| EIP | 648152 | 000OLT | | 0000200336 | 1 |

ADIENT AEROSPACE LLC
5511 SKYLAB ROAD
HUNTINGTON BEACH, CA 92647

Period Beginning: 04/28/2025
Period Ending: 05/11/2025
Pay Date: 05/16/2025

LOUIS GARCIA
6646 YOSEMITE DRIVE
BUENA PARK CA 90620

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

Social Security Number: XXX-XX-1613

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 43.2693 | 40.00 | 1,730.77 | 1,730.77 |
| **Gross Pay** | | | **$1,730.77** | 1,730.77 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -116.82 | 116.82 |
| Social Security Tax | -107.31 | 107.31 |
| Medicare Tax | -25.10 | 25.10 |
| CA State Income Tax | -29.78 | 29.78 |
| CA SDI Tax | -20.77 | 20.77 |

**Other**

| | this period | year to date |
|---|---|---|
| 401K $$ | -103.85* | 103.85 |
| **Net Pay** | **$1,327.14** | |
| Chkck1 | -1,327.14 | |
| **Net Check** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Er 401K Match | 77.88 | 77.88 |
| Pto Available | 4.62 | |
| Totl Hrs Worked | 40.00 | |

### Important Notes

EMPLOYER PHONE NUMBER 714-719-6370

BASIS OF PAY: SALARY

### Additional Tax Withholding Information

Taxable Marital Status:
   CA: Single
Exemptions/Allowances:
   CA: 1

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,626.92

ADIENT AEROSPACE LLC
5511 SKYLAB ROAD
HUNTINGTON BEACH, CA 92647

Advice number: 00000200336
Pay date: 05/16/2025

Deposited to the account of
LOUIS GARCIA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8705 | xxxx xxxx | $1,327.14 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**