Certificate Number: 14912-CAC-DE-039985889

Bankruptcy Case Number: 25-11268



14912-CAC-DE-039985889

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2025</u>, at <u>11:42</u> o'clock <u>AM EDT</u>, <u>Louis Garcia</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>August 16, 2025</u>              By:    <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:   <u>Counselor</u>